JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEMANE WOLDEGABRIEL,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>    Defendants. | Case No. 2:24-cv-00797-WDK-MAR<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

    Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The instant action is dismissed without prejudice;
2. USCIS has issued a Request for Evidence ("RFE") seeking additional evidence with respect to Plaintiff's Form I-485 Application for Adjustment of Status and Form I-601 Application for Waiver of Grounds of Inadmissibility (together, "Plaintiff's Applications") previously filed with USCIS.
3. Plaintiff shall submit evidence responsive to the RFE ("Plaintiff's RFE Response"), if any, to USCIS on or before June 17, 2024.

4. USCIS shall diligently work towards the adjudication of Plaintiff's Applications following the receipt of Plaintiff's RFE Response.
5. USCIS shall render a final decision, or issue a follow-up RFE or Notice of Intent to Deny ("NOID") on or before the 60th day following the receipt by USCIS of Plaintiff's RFE Response.
6. If USCIS issues a follow-up RFE or NOID, USCIS shall diligently work towards adjudicating Plaintiff's Applications within 45 days of the receipt of Plaintiff's response to such follow-up RFE or NOID, absent unforeseen circumstances that would require additional time to complete the adjudication.
7. Plaintiff, through counsel, shall provide a tracking number for any RFE or NOID response shipped to USCIS to counsel for Defendants.
8. If USCIS fails to render a final decision, or issue an RFE or NOID in the timeline contemplated by Paragraph 5 above, or adjudicate any follow-up RFE or NOID by the date contemplated by Paragraph 6 above, Plaintiff may bring an action in this Court to enforce this negotiated settlement and compel adjudication of Plaintiff's Applications.

Dated: August 20, 2024

WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE

2